# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 1 7 2

DAVID J. MALAND, CLERK
BY

UNITED STATES OF AMERICA      §

                                   §

V.                                  §         CASE NO. 4:04cr181

                                   §         (Judge Schell)

GREGORY JOHN DOUGAN        §

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNTS ONE, THREE, AND FOUR OF THE SUPERSEDING INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Counts One, Three, and Four of the Superseding Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement and the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed May 9, 2005, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY on Counts One, Three, and Four of the Superseding Indictment in the above-numbered cause.

**SIGNED** this _17th_ day of _May_, 2005.

_Richard A. Schell_

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE